# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNY HENDRIX,

    *Petitioner*,

vs.

SHERIFF OF CLARK COUNTY,

    *Respondent.*

2:12-cv-00470-JCM-VCF

ORDER

    Petitioner has filed a handwritten habeas petition without either paying the filing fee or filing an application to proceed *in forma pauperis*.

    Petitioner has failed to properly commence the action, and the papers presented are subject to multiple substantial defects.

    To properly commence a habeas action, petitioner either must pay the $5.00 filing fee or must submit a properly completed application to proceed *in forma pauperis*. Petitioner did neither.

    Moreover, under the local rule LSR 3-1, a habeas petition must be filed on the court's required form, in this case a habeas petition form for a petition under 28 U.S.C. § 2241. Petitioner may not submit a handwritten petition to the court.

    This action therefore will be dismissed without prejudice to the filing of a new petition on the proper form with a pauper application in a new action. It does not appear from file review that a dismissal without prejudice will materially affect a later analysis of either timeliness or other potential procedural defenses, given that petitioner is seeking pretrial

1  habeas relief.[1]  The present improperly-commenced action therefore will be dismissed without
2  prejudice.  Proceedings under this docket number will be closed by the order and judgment
3  of dismissal, and petitioner must start a new action under a new docket number if he seeks
4  further relief.
5      IT THEREFORE IS ORDERED that the petition shall be DISMISSED without prejudice.
6      IT FURTHER IS ORDERED that a certificate of appealability is DENIED, as jurists of
7  reason would not find the dismissal of this improperly commenced action without prejudice
8  to be debatable or wrong.
9      The clerk shall provide petitioner a copy of an AO-242 form for a § 2241 petition and
10 a copy of the papers that he filed.
11     The clerk shall enter final judgment accordingly, dismissing this action without
12 prejudice.
13     DATED:  April 2, 2012.

_____
JAMES C. MAHAN
United States District Judge

---

[1] Petitioner has filed a pretrial habeas petition seeking federal intervention in a pending state criminal proceeding.  The federal limitation period thus has not even begun to run.  Petitioner should note that federal courts generally do not intervene in pending state criminal proceedings.  A federal court thus generally will not consider a federal habeas petition in advance of completion of, at the very least, proceedings on direct appeal following any judgment of conviction.  Merely because a habeas petitioner maintains that constitutional errors allegedly have occurred in the state criminal proceedings and that the state courts have not granted pretrial relief does not provide a basis for federal pretrial intervention.